Gmail

Gato Amarillo <gatoamarillo48@gmail.com>

## Liquor License

**Gato Amarillo** <gatoamarillo48@gmail.com> Wed, May 7, 2025 at 12:49 PM
To: AEPSALPHA1@protonmail.com

Tucker,
Please let this email serve as my official and formal agreement that the liquor license transfer for the business we have together known as Bombshells, is in fact 50 percent yours even though it is in my name for legal purposes (only one person can be on the license).
Also, please know that any and all profits and business endeavors resulting from the liquor license is also 50 percent yours and at no time will that change.
Secondly, if there is a time we decide to sell the business, whatever the price we agree to sell the business and liquor license, 50 percent goes to you.

It's important as business partners you have the necessary security for your family as we move forward. It is important for me to ensure your interests remain protected.

Upon selling your assets (your mobile home, etc) or whenever you have the half for the liquor license and initial three months rent, you can reimburse me. However, in order to get us rolling sooner rather than later, I am willing to front most of the upfront cost of securing the license and building.

This email serves as legal acknowledgement that you and I are 50/50 partners regarding all aspects of the business, including the using and selling of the liquor license.

Your Friend,
Lu

EXHIBIT 2