10:40 82

Tha… be ok, I was thinking about all that laying in bed the other night. I'm …if I could get ahold of Gomer he...

252

TG

Tucker

If you ha… friend in the dep… would be very helpful to ask him. Maybe we show him the property?

I'm going to see if ty short the neighbor if he knows if Gomer is the one to get ahold of still. I think he was the fire marshal. He will be able to get me in the right direction at least.

Perfect! I think the location could be perfect for us...and the price. I can probably float the majority of initial costs. Should have some money coming in soon and I can plop it on the property. That way it's ours (yours and mine) and we can take our time to set it up

Do we need a fire marshal? Cause Gomer's the Cheif still but not marshal.

I'm going to move the rental to get some funds to throw into it to. Have 150 hopefully if I can sell it.

1 Reply

EXHIBIT 3