# AGREEMENT TO ASSIGN CONTRACT FOR SALE AND PURCHASE

Subject: Property: Retail Liquor License in the City of Buffalo, WY

This AGREEMENT is made between Janny and Raymond Breton d/b/a Un'WINE'd, LLC (SELLER) and Hotel Juliette, LLC d/b/a Bombshells American Cantina herein (BUYER) for the purchase of the SUBJECT PROPERTY.

Whereas Hotel Juliette, LLC (BUYER) has entered into a Purchase and Sales Agreement with Janny and Raymond Breton d/b/a as Un'WINE'd (SELLER) for the purchase of the SUBJECT PROPERTY, and BUYER wishes to assign rights, interests and obligations in theis Purchase and Sales Agreement. It is hereby agreed between SELLER and BUYER as follows:

1. PURCHASE PRICE:

BUYER agrees to purchase the above SUBJECT PROPERTY upon the following terms and conditions for the purchase price of FIFTY THOUSAND DOLLARS ($50,000), Payable as follows:

| | | |
|---|---|---|
| $ | 5,000 | earnest money |
| $ | 45,000 | balance of purchase price to be paid in immediately available funds acceptable to the SELLER upon closing (receiving approval for Liquor License transfer). |

2. Additional terms and conditions of this assignment are as follows:

a) This assignment contract is non-assignable without the written consent of the SELLER. No changes in the Purchase Contract shall be made without the written consent of the BUYER.

b) Closing is subject to the SUBJECT PROPERTY transferring to the BUYER and acceptable to the BUYER. In the event that this does not occur, this AGREEMENT is voidable at the BUYER'S option and the earnest money shall be returned to the BUYER within 48 hours.

c) BUYER acknowledges that they are conducting this transaction directly with the SELLER for the purchase of the SUBJECT PROPERTY. BUYER is not relying upon or being represented by any third party broker, however reserves the right to be represented by legal counsel, if necessary.

**AGREED AND ACCEPTED**

| | | | |
|---|---|---|---|
| [signature] | 5/14/2025 | [signature] | 5/14/2025 |
| BUYER | DATE | SELLER | DATE |
| Luis D. Elizondo | | JANNY BRETON | |
| PRINTED NAME | | PRINTED NAME | |
| | | [signature] | 5/14/2025 |
| BUYER | DATE | SELLER | DATE |
| | | RAYMOND BRETON | |
| PRINTED NAME | | PRINTED NAM | |

EXHIBIT 4