USAA®



Luis D Elizondo
Jennifer P Elizondo
Po Box 337
Buffalo, WY 828340337

1795
30-7426/3140

5/14/25 Date

Pay to the Order of Jamey + Ray Breton $ 5000 00

Five Thousand & 00/100 Dollars

USAA FEDERAL SAVINGS BANK
10750 McDERMOTT FWY
SAN ANTONIO, TEXAS 78288-0544
(210) 456-8000 1-800-832-3724

For Bombshells Cantina (Liquor License)

For security and protection, this section has been removed.



>107001232<
ANB Bank #027
2025-05-15
0027931061
Batch 285002198

0027931061

For security and protection, this section has been removed.

Transaction Details

Description
CHECK # 0000001795

Account Number
013*****1523

Posted Date
2025-05-16

Amount
$5,000.00

EXHIBIT 5