ANB Bank®

P.O. Box 9250 | Colorado Springs, CO 80932

## Statement Ending 06/30/2025

*Hotel Juliette LLC* **Page 1 of 4**

**Account Number:XXXXXXXX1535**

HOTEL JULIETTE LLC
DBA BOMBSHELLS CANTINA
58 NORTH SIDE CREEK
BUFFALO WY 82834

### Managing Your Accounts

| | |
|---|---|
| Branch | Buffalo Banking Center |
| Address | 99 S. Main Street<br>Buffalo, WY 82834 |
| Mailing Address | P.O. Box 950<br>Buffalo, WY 82834 |
| Phone | 307-684-2201 |
| Customer Care | 1-866-433-0282 |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Choice | XXXXXXXX1535 | $4,993.03 |

## Business Choice - XXXXXXXX1535

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **05/31/2025** | **Beginning Balance** | **$699.49** |
| | 6 Credit(s) This Period | $95,060.25 |
| | 36 Debit(s) This Period | $90,766.71 |
| **06/30/2025** | **Ending Balance** | **$4,993.03** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 06/02/2025 | Incoming Wire Fee Refund | $12.00 |
| 06/02/2025 | Wire In 86664317 JENNIFER ELIZONDO BBCE80A2B78D4D73 | $65,000.00 |
| 06/04/2025 | Incoming Wire Fee Refund | $12.00 |
| 06/04/2025 | Wire In 86780228 TUCKER ALGER | $30,000.00 |
| 06/18/2025 | POS Return WA SEATTLE AMAZON.COM US SEQ# 000008 0410 | $35.38 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 06/16/2025 | BOMBSHELLS AMERI ACCTVERIFY 14295037 | $0.87 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 06/16/2025 | BOMBSHELLS AMERI ACCTVERIFY 14295037 | $0.87 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 06/02/2025 | Incoming Wire Fee 86664317 | $12.00 |
| 06/03/2025 | POS Purchase WA SEATTLE AMAZON.COM US SEQ# 000727 0410 | $13.31 |
| 06/03/2025 | POS Purchase WA SEATTLE AMAZON.COM US SEQ# 654041 0410 | $35.38 |
| 06/03/2025 | POS Purchase WA AMZN.COM/BILL AMAZON MKTPL* N61YS9U6 SEQ# 029771 0410 | $362.24 |
| 06/03/2025 | POS Purchase WA AMZN.COM/BILL AMAZON MKTPL* N640H4AW SEQ# 033238 0410 | $1,871.07 |
| 06/04/2025 | Recur Payment NY BROOKLYN ETSY, INC. ETSY. SEQ# 600000 0410 | $43.73 |
| 06/04/2025 | POS Purchase WA SEATTLE AMAZON.COM US SEQ# 000008 0410 | $259.39 |
| 06/04/2025 | POS Purchase WA SEATTLE AMAZON.COM US SEQ# 644482 0410 | $325.49 |
| 06/04/2025 | Incoming Wire Fee 86780228 | $12.00 |



EXHIBIT 7