HOTEL JULIETTE LLC
DBA BOMBSHELLS CANTINA
PH. 307-217-1893
58 NORTH SIDE CREEK
BUFFALO, WY 82834

82-123/1070 27

1022

DATE 5 June 2025

PAY TO the order of Janny Breton $ 55,720.00

Fifty Five Thousand & Seven Hundred Twenty DOLLARS

ANB Bank.
anbbank.com | 866-433-0282 | Member FDIC

MEMO Bombshells Purchase

⑆107001232⑆ 2400061535⑈ 01022

>107001232<
ANB Bank #027
2025-06-05
0027888782
Batch 287344124

0027888782

ENDORSE HERE

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

Janny Breton

AT ____ NAME OF FINANCIAL INSTITUTION ____ DATE ____

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

EXHIBIT 8