Wyoming
LIQUOR DIVISION
Department of Revenue

6601 Campstool Road
Cheyenne, Wyoming 82002-0110

**June 30, 2025**

HOTEL JULIETTE LLC
BOMBSHELLS AMERICAN CANTINA
506 SOURDOUGH ST
BUFFALO WY 82834

Congratulations. The Wyoming Liquor Division (WLD) has received notification of the issuance of your new **RETAIL LIQUOR LICENSE** issued by the **CITY OF BUFFALO** governing body.

**Ordering:** Your Liquor Division Customer Number will be **70220.** Please use this number when inquiring about your account, sending payment/correspondence, or when you place a liquor order. Ordering instructions are listed on pages I and II of the Wholesale Price List (Price Book). Orders will be released for shipment the same day they are placed if they are received prior to 9:00 AM and the account is current, except on high volume days. State statute requires that payment be mailed within 24 hours of receipt of merchandise. This privilege will be rescinded if payments are not made accordingly. Checks that are returned for insufficient funds **will not** be re-deposited. Default of any liquor order payment will place the account on a cash basis for one (1) year per W.S. 12-5-402 (c).

**Please note:** If you have not yet provided our office with a Business E-Mail Address for your account, a Business E-Mail Address will be required to access an online ordering account and other information with the Wyoming Liquor Division

**Please find enclosed:**

- Order Forms
- Primary Contact & Authorization Form
- Malt Beverage Cash Law
- Current Wholesale Price List (Price Book)- contains all products currently available at the liquor warehouse
- Direct Payment (ACH Debit) Program Authorization Form
- Claim Form- provides reimbursement for damaged product (does not cover product damaged in transit or from delivery companies)

**The following licenses must be in the same legal name to place orders with the Wyoming Liquor Division**:

**Liquor License**- contact local city/county clerk
**Sales Tax License**- contact the Excise Tax Department 307-777-7961
**Food Service Permit**- contact the Department of Agriculture 307-777-7321

As a liquor license holder, you are responsible for knowing and understanding the laws that govern your business. Wyoming's Alcoholic Beverage Control laws and Liquor Division Rules are available upon request from our office. Please submit your request or questions via email to our Compliance department at dor-liq-compliance@wyo.gov. Current Wyoming liquor laws are also available on our website at https://liquor365.wyo.gov/questions.

If you have questions or if we can be of further assistance, please contact our Compliance team.

**WLD Compliance Team Email:** **dor-liq-compliance@wyo.gov**

| **Scott Humble** | **Ian Parsons** | **Lane Hill** | **Jason Allen** |
|---|---|---|---|
| Compliance Agent | Compliance Agent | Compliance Agent | Compliance Manager |
| (307) 777-7233 | (307) 777-6449 | (307) 777-5078 | (307) 777-6453 |
| scott.humble@wyo.gov | ian.parsons3@wyo.gov | lane.hill1@wyo.gov | jason.allen@wyo.gov |

**WLD Fax: (307) 777-6255**

Enclosures

EXHIBIT 9

# AUTHORITY TO MAKE DIRECT PAYMENTS (ACH DEBITS)

STATE OF WYOMING, DEPARTMENT OF REVENUE

**LIQUOR DIVISION**

| **Licensee Information** | | | |
|---|---|---|---|
| WLD Customer Number: | 70220 | | |
| Licensee Name: | HOTEL JULIETTE LLC | | |
| DBA: | BOMBSHELLS AMERICAN CANTINA | | |
| Location Address: | 58 N SIDE CREEK | | |
| City: | BUFFALO,WY | Zip: | 82834 |
| Telephone: | | Fax: | |
| Email: | | | |

| **Financial Institution Information** | | | | | |
|---|---|---|---|---|---|
| Financial Institution Name: | | | | | |
| Street Address: | | | | | |
| City: | | | | | |
| State: | | Zip: | | | |
| Bank Phone Number: | | | | | |
| Routing Number: | | | | | |
| Account Number: | | | | | |
| Account Type: | **(only select one)** | Checking: | ☐ | OR | Savings: ☐ |
| Bank Representative Name: | | | | | |
| Bank Representative Signature: | | Date: | | | |

**ATTACH CANCELLED OR VOIDED SAMPLE OF CHECK**
**OR**
**OBTAIN BANK REPRESENTATIVE SIGNATURE IF CHECKLESS ACCOUNT**

I (we) hereby authorize Wyoming Department of Revenue Liquor Division (WLD), to initiate debit entries to my (our) account number as indicated above.

This authorization is to remain in full force and effect until WLD has received written notification from the liquor licensee of its termination in such time and in such manner as to afford WLD a reasonable opportunity to act on it.

| | |
|---|---|
| Authorized Signature: | |
| Print Name: | |
| Date: | |
| | |

Please Fax to 307-777-6255

Wyoming LIQUOR DIVISION
Department of Revenue

6601 Campstool Road
Cheyenne, Wyoming 82002-0110

# MEMORANDUM

**TO:** Wyoming Malt Beverage Wholesalers & All Liquor Licensees

**FROM:** Jason Allen, Compliance Manager, Wyoming Liquor Division

**SUBJECT:** Malt Beverage Cash Law – W.S. 12-5-402(b)

---

Several inquiries have come to the Liquor Division concerning cash law. Pursuant to W.S. 12-5-402(b) which states:

(b) No sale or delivery of malt beverages shall be made by a wholesaler to any licensee except for payment in full made at the time of or prior to delivery, and a licensee shall not accept or receive delivery of malt beverages except when payment is made at or prior to delivery.

In simplest terms, it is a violation of law for a licensed malt beverage wholesaler to make a delivery of malt beverage products if payment is not made at the time of or prior to delivery. It is also a violation of law for a liquor licensee to accept a malt beverage delivery if payment is not made at the time of or prior to delivery.

Please contact our Compliance team with any questions concerning the cash law for malt beverage products.

**WLD Compliance Team Email:** **dor-liq-compliance@wyo.gov**

**Scott Humble**
Compliance Agent
(307) 777-7233
scott.humble@wyo.gov

**Ian Parsons**
Compliance Agent
(307) 777-6449
ian.parsons3@wyo.gov

**Lane Hill**
Compliance Agent
(307) 777-5078
lane.hill1@wyo.gov

**Jason Allen**
Compliance Manager
(307) 777-6453
jason.allen@wyo.gov

**WLD Fax: (307) 777-6255**

(11/2023)

Wyoming LIQUOR DIVISION Department of Revenue

# Primary Contact & Order Authorization Form

PHONE (307) 777-7233 FAX (307) 777-6255

Email completed forms to : dor-liq-compliance@wyo.gov

6601 Campstool Road
Cheyenne, Wyoming 82002-0110

Customer #: 70220 Date: ____/____/____

License Holder Name: HOTEL JULIETTE LLC

D/B/A Business Name: BOMBSHELLS AMERICAN CANTINA

Location City: BUFFALO

Name of Primary Contact for the business: ____________

Phone Number: (     ) -

Email Address: ____________

**The person listed above will be the primary contact person for the account and will be allowed to place orders. Please ensure this contact person is located at the business and has provided a local phone number.**

**WLD uses this information to contact the business for ordering and delivery questions and contacting a different location may cause a delay in our response.**

## Authorized Contacts (Per W.S. 12-2-303(a))

The following individuals are authorized to place orders and have an online ordering account:

**(CONTACTS NOT LISTED WILL NOT BE ALLOWED TO PLACE ORDERS AND WILL BE REMOVED FROM THE ACCOUNT)**

| Contact Full Name | Contact Email Address **MUST BE UNIQUE FOR EACH CONTACT** |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

(Additional contacts can be placed on the back of this sheet or on and additional sheet)

| Owner/Officer Printed Name | Owner/Officer Signature |
|---|---|
| | |

**By signing this form, you are allowing the individuals listed to place orders and will be responsible for all payments for such orders.**

WLD-803 (6/02)

# PURCHSE ORDER FAX FORM

**(For WLD listed products and licensed retailers only)**

STATE OF WYOMING
WYOMING LIQUOR DIVISION
Cheyenne WY 82002
Phone 307-777-7231
FAX 1-800-443-7853

Customer # 70220

Licensee Name HOTEL JULIETTE LLC City BUFFALO

Date ____ Authorized Signature ____ $ ____ Amount of Order

FULL CASE ITEMS (Use Black Ink Only)

| Quantity Ordered | W.L.D. Code Number | Quantity Ordered | W.L.D. Code Number | Quantity Ordered | W.L.D. Code Number | Quantity Ordered | W.L.D. Code Number |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

SPLIT CASE ITEMS (Please order by number of bottles or packs/cartons)

| Btl | Ctn | | Btl | Ctn | | Btl | Ctn | | Btl | Ctn | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

# LICENSEE SPECIAL ORDER REQUEST

Wyoming
LIQUOR DIVISION
Department of Revenue

Master Data Group

**Wendy: 307-777-6457**

**Sean: 307-777-7978**

**Fax: 307-777-5872**

6601 Campstool Road
Cheyenne, Wyoming 82002-0110

| FAX | | |
|---|---|---|
| | **Vendor #** | 20 |
| | **Retailer** | |
| | **Carrier** | |
| | **Rep #** | 100 |
| | **RFQ #** | 6 - |
| | **RFQ Deadline Date** | |
| | **SO #** | |
| | **PO #** | 55 - |
| | *(optional)* **PR #** | 2 - |
| | *(optional)* **PG # & POOL** | |
| | *(optional)* **FRT COND** | |
| | **SHIPPING POINT** | |

**(PLEASE PRINT ALL INFORMATION LEGIBLY)**

| | | | |
|---|---|---|---|
| ***Date*** | / / | | |
| **Customer Number** | 70220 | | |
| **Licensee Name (not DBA)** | HOTEL JULIETTE LLC | | |
| **Mailing Address** | | **Phone Number** | 307- |
| **City - State - Zip** | | **Fax Number** | 307- |
| **Ordered by** | | | |

**PLEASE LIST (1) VENDOR PER SHEET** **VENDOR NAME** ________________________________

**COMPANY REPRESENTATIVE** ________________________________ Domestic **(D)** Imported **(I)**

| **Code** *Number* | *Case Quantity Ordered* | *Age Or Vintage* | *Proof* | *Size* | *Bottles Per Case* | *Complete Description* | **D or I** *& Country (if Imported)* |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

WLD-210 (7/14)

# WYOMING LIQUOR DIVISION
# REPORT OF INSPECTION
# AND
# CLAIM FOR CONCEALED LOSS OR DAMAGE

(As Invoiced)

---W.L.D. OFFICE USE ONLY---

WLD Agent: ____________________ Date: ____/____/____

---DISPOSITION OF RETURNED MERCHANDISE---

☐ DESTROYED

☐ RETURNED

W.L.D. Remarks: ______________________________

________________________________________________

________________________________________________

________________________________________________

LICENSEE: CUSTOMER NUMBER: 70220 NAME: HOTEL JULIETTE LLC
ADDRESS: 58 N SIDE CREEK
LOCATION: BUFFALO, WYOMING

***To save time issuing credit due, LICENSEE please fill in appropriate Vendor Rep information.***
Signature of Vendor Representative acknowledges receipt and removal of merchandise listed and approves claim for credit.

VENDOR REPRESENTATIVE NUMBER: ____________________________________________

VENDOR REPRESENTATIVE NAME: ____________________________________________

VENDOR REPRESENTATIVE SIGNATURE: ________________________DATE:_____/_____/_____

| Quantity Claimed | Code | Size | Description of Article | LOSS/DAMAGE Description | Invoice Number | Invoice Date | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

LOSS OR PILFERAGE: Upon delivery, was container ☐ sealed; ☐ open; ☐ or re-boxed?

I, or we, hereby make further statement that the above and foregoing claim is just and correct and has not been paid, nor any part thereof, by the State of Wyoming, or the Wyoming Liquor Division or any other person.

Date: ______________________________ Licensee or Authorized Signature: ______________________________

-----------------------------------------------------------------------------------------------

**(CUT ALONG DOTTED LINE AND MAINTAIN LOWER PORTION FOR YOUR RECORDS)**

| Quantity Claimed | Code | Size | Description of Article | LOSS/DAMAGE Description | Invoice Number | Invoice Date | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

LOSS OR PILFERAGE: Upon delivery, was container ☐ sealed; ☐ open; ☐ or re-boxed?

**IMPORTANT - READ INSTRUCTIONS - INCOMPLETE FORMS CANNOT BE ACCEPTED**

1. **ATTN: LICENSEE:** This claim form must be entirely completed. Incomplete forms may be rejected by the Wyoming Liquor Division.
2. Claims over six (6) months old will not be honored.
3. Only those items handled by a single representative may be on one form. Please match Representative Codes with the Representative Names in the Wholesale Price List carefully for the speedy processing of **your claim**.
4. All claimed items and forms must be retained for collection by Wyoming Liquor Division Agent or authorized WLD Personnel or the Representative of the product.
5. BROKEN BOTTLES - Any claim for damage incurred by the carrier, i.e. "wet breakage" at time of delivery, must be **filed with the carrier** - **NOT the Wyoming Liquor Division**.
6. MISSING BOTTLES - The **original carton(s)** must be retained for inspection purposes.
7. MISORDER / MISSHIPMENT - Must be **reported immediately upon receipt** of the merchandise, no claim form is necessary.
8. SPECIAL ORDERED MERCHANDISE- These claims **are subject to approval of the Supplier** and credit will not be issued until payment is received from them.
9. WINE DIRECT SHIP AND MALT BEVERAGE MERCHANDISE-Do not utilize this form! These claims **are filed directly with the Supplier**-**NOT the Wyoming Liquor Division.**