write off's. Otherwise we are just throwing money away.

10:05 87

252

TG

Tucker

...oney in t... ...ount if we need for the p... bill, just let me know b...

You are good. There is enough in the Bombshells account to pay the bills...

I just feel bad I haven't been able to contribute as much cash. I had a few more ask price on the rental but no solid bites yet. We can sell the Keiser to I was thinking that would get us some funds. If you let me know how much you think we could get I'll post it on fb marketplace.

Dude...don't feel bad. It's life and I am good with it. I promise. I will be made whole once franchise ....all good

I just feel terrible, I won't take any money from it until we're all paid back brother. Haley and me have been loosing we are terrified you're not going to want to be friends with us. It's been terrible the last few days.

This is the cause of my pain. I do not want business to ever supersede friendship. I had a

EXHIBIT 10