# MINUTES OF ORGANIZATIONAL MEETING
# OF
# HOTEL JULIETTE LLC

The organizational meeting of **Hotel Juliette LLC (DBA: Bombshells American Cantina)** was held on 26 Dec, 2025, at its office, for the purpose of adopting the Operating Agreement of the company and completing the organization of the company. Present at the meeting were Tucker Alger and Luis Elisondo, the sole members of the company.

The first order of business was a report that the Wyoming Secretary of State had filed the Articles of Organization of the company in that office on May 6, 2025, and had, on the same date, issued a certificate of organization for the company. Upon motion duly made, seconded and unanimously carried, it was

> RESOLVED, that the Articles of Organization of Hotel Juliette LLC, filed in the office of the Wyoming Secretary of State, be, and the same are, approved.

The next order of business was consideration of the proposed form of Operating Agreement which will govern the affairs of the company and the conduct of its business. Upon motion duly made, seconded and unanimously carried, the members of the company adopted the Operating Agreement by executing the same.

The next order of business was provision for payment of capital contributions and allocation of membership percentages. Luis Elisondo and Tucker Alger, will each receive 50% of the membership interests in exchange for their capital contributions as described in the Operating Agreement.

The next order of business, and as required under Section 4.4 of the Operating Agreement, was to approve a loan from member Luis Elisondo to company in an amount



EXHIBIT 12

of $130,000.00. This loan is to be repaid prior to any distributions of profits to members. Upon motion duly made, seconded, and unanimously carried, it was

> RESOLVED, that the foregoing loan is approved and that the members ratify that the funds have been received by the company. Further, that repayment of this loan shall occur before any distributions of profits are paid to the members.

**Commented [PG1]:** Could add payment terms as well. But, seems like you guys need to keep this flexible for now.

There being no further business to come before the meeting, the meeting was declared adjourned.

The undersigned members of **Hotel Juliette LLC** hereby waive notice of the organizational meeting of the company reflected by the foregoing minutes and further ratify and approve all actions taken at the organizational meeting.

Luis Elizondo, Member

Tucker Alger, Member