# HOTEL JULIETTE LLC

Account List

| Account Name | Type | Detail type | Description | Total balance |
|---|---|---|---|---|
| Business Choice (1535) - 1 | Bank | Checking | | 25,664.71 |
| Business Savings (1420) | Bank | Savings | | 2,187.32 |
| Petty Cash | Bank | Cash on hand | | 2,000.00 |
| Inventory | Other Current Assets | Inventory | | 17,655.00 |
| Payroll Advance | Other Current Assets | Other Current Assets | | 100.00 |
| Prepaid Expenses | Other Current Assets | Allowance for Bad Debts | | 0.00 |
| Uncategorized Asset | Other Current Assets | Other Current Assets | | |
| Undeposited Funds | Other Current Assets | Undeposited Funds | | |
| Accumulated Amortization | Fixed Assets | Accumulated Amortization | | -1,944.44 |
| Accumulated Depreciation | Fixed Assets | Accumulated Depreciation | | -856.15 |
| Building Improvements | Fixed Assets | Buildings | | 44,369.47 |
| Equipment | Fixed Assets | Fixed Asset Furniture | | 3,000.00 |
| Liquor License | Fixed Assets | Other fixed assets | | 50,000.00 |
| Mural | Fixed Assets | Other fixed assets | | 38,930.00 |
| Security Deposit | Other Assets | Other Long-term Assets | | 10,720.00 |
| Credit Card - 0410 | Credit Card | Credit Card | | |
| Payroll Liabilities | Other Current Liabilities | Payroll Tax Payable | | -1,544.35 |
| NP Luis Elizondo | Long Term Liabilities | Notes Payable | | -130,000.00 |
| Contributions - Luis D Elizondo | Equity | Accumulated Adjustment | | -41,058.79 |
| Contributions - Tucker Alger | Equity | Accumulated Adjustment | | -37,974.94 |
| Opening Balance Equity | Equity | Opening Balance Equity | | |
| Retained Earnings | Equity | Retained Earnings | | |
| Billable Expense Income | Income | Sales of Product Income | | |
| Sales | Income | Sales of Product Income | | |
| Uncategorized Income | Income | Sales of Product Income | | |
| Cost of Goods Sold | Cost of Goods Sold | Supplies & Materials - COGS | | |
| Cost of Goods Sold - Alcohol | Cost of Goods Sold | Cost of labor - COS | | |
| Cost of Goods Sold- Beverages | Cost of Goods Sold | Supplies & Materials - COGS | | |
| Advertising | Expenses | Advertising/Promotional | | |
| Amortization | Expenses | Advertising/Promotional | | |
| Ask My Accountant | Expenses | Other Business Expenses | | |
| Bands and Entertainment | Expenses | Other Business Expenses | | |
| Bank Service Fees | Expenses | Advertising/Promotional | | |
| Clearing | Expenses | Advertising/Promotional | | |
| Depreciation | Expenses | Advertising/Promotional | | |
| Dues & Subscriptions | Expenses | Dues & subscriptions | | |
| Employee Benefits | Expenses | Cost of Labor | | |
| Fuel | Expenses | Other Business Expenses | | |
| Insurance | Expenses | Advertising/Promotional | | |
| License/Permits | Expenses | Other Business Expenses | | |
| Meals & Entertainment | Expenses | Entertainment Meals | | |
| Mileage | Expenses | Advertising/Promotional | | |
| Office Supplies | Expenses | Advertising/Promotional | | |
| Operating Expense | Expenses | Other Business Expenses | | |



EXHIBIT 13

# HOTEL JULIETTE LLC

## Account List

| Account Name | Type | Detail type | Description | Total balance |
|---|---|---|---|---|
| Payroll Expense | Expenses | Payroll Expenses | | |
| Payroll Expense:Payroll Taxes | Expenses | Payroll Tax Expenses | | |
| Payroll Expense:Wages | Expenses | Payroll Expenses | | |
| Professional Fees | Expenses | Advertising/Promotional | | |
| Rent | Expenses | Rent or Lease of Buildings | | |
| Repair and Maintenance | Expenses | Advertising/Promotional | | |
| Replenish House Bank | Expenses | Other Business Expenses | | |
| Sales Tax | Expenses | Taxes Paid | | |
| Supplies | Expenses | Supplies & Materials | | |
| Travel | Expenses | Advertising/Promotional | | |
| Uncategorized Expense | Expenses | Other Miscellaneous Service Cost | | |
| Uniforms | Expenses | Other Business Expenses | | |
| Utilities | Expenses | Utilities | | |
| Interest Income | Other Income | Dividend Income | | |
| Amortization Expense | Other Expense | Amortization | | |
| Depreciation Expense | Other Expense | Depreciation | | |
| Reconciliation Discrepancies | Other Expense | Other Miscellaneous Expense | | |
| **TOTAL** | | | | **-$18,752.17** |