ANB Bank.

BEAR GRAPHICS, INC

CHECKING WITHDRAWAL

CHECKING WITHDRAWAL

NAME Tucker Alger Bomboshells America [Company]

DATE 04/21/2026

SIGNATURE

AMOUNT Two thousand & zero cents DOLLARS

ACCOUNT NUMBER 2400061535

TRAN CODE 158

AMOUNT OF WITHDRAWAL $ 2000.00

1421

⑆4444⑈1421⑆ 2400061535⑈ 158

027003255

>107001232<
ANB Bank #027
2026-04-21
0027003255
Batch 321940428

ChkWdr $2000.00
04/21/2026 12:30:15 PM
0027 2701 2701 #16
ID - Memo: wy dl 108282518 exp 12/27/25
#2400061535

EXHIBIT 14