Gmail

Gato Amarillo <gatoamarillo48@gmail.com>

# Closure of Bombshells and Related Business Proposal

2 messages

**Luis Elizondo** <gatoamarillo48@gmail.com> Wed, Apr 29, 2026 at 9:49 AM
To: Tucker Alger <tuckeralger199@gmail.com>

Tucker, please take a few moments when you have time and review this proposal/reminder. I created it to help us in the unwinding of Bombshells and to also offer you some compensation. Please let me know what you think after you review it. I think it will be helpful.
Best Regards,
Lue

**Dear Tucker.pdf**
45K

**Luis Elizondo** <gatoamarillo48@gmail.com> Wed, Apr 29, 2026 at 4:45 PM
To: Tucker Alger <tuckeralger199@gmail.com>

Here is a list of my properties (not entirely inclusive). You may want to make one as well....up to you.
Best,
Lue
[Quoted text hidden]

**Bombshells Elizondo item list.xlsx**
11K

EXHIBIT 15