Gmail **Jennifer Elizondo <hoteljuliette25@gmail.com>**

# Hotel Juliette LLC Renewal Quote CP1887889

1 message

**April Field** <afield@tegelerinsurance.com> Thu, May 7, 2026 at 2:57 PM
To: "hoteljuliette25@gmail.com" <hoteljuliette25@gmail.com>

Please see attached renewal quote for the above referenced policy with a premium of $3473 and attached new IPFS Quote with a down payment of $694.60 with monthly installments of $277.74. Please review and let me know if you have any questions. To bind coverage we would need signatures and your downpayment before the renewal date of 06/06/26. Thank you!

TEGELER and ASSOCIATES

*April Field*
Account Executive

**Tegeler & Associates, Inc.**
**267 N. Main St. Sheridan, WY 82801**
Office: 307-673-1313 | Fax: 307-673-1414
afield@tegelerinsurance.com | www.tegelerinsurance.com

*Insuring Wyoming Since 1943*
Auto | Home | Farm | Business | Life | Health

**You cannot bind, alter or cancel coverage with out speaking to an authorized representative of Tegeler & Associates. Coverage cannot be assumed to be bound without confirmation from an authorized representative of Tegeler & Associates

E-MAIL CONFIDENTIALITY NOTICE: The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

**2 attachments**

**20260507132543309.pdf**
832K

**20260507132530490.pdf**
1690K

EXHIBIT 16