9:28 93

292

pictures from Europe that
were mine I kept in the office
cabinet ... ed "Lue Elizondo"

TG

Tucker

I received the letter from your attorney, and my legal team will be responding directly.

Everything is still there aside from the gloves and pants, which Michael picked up as they belonged to him. He had only allowed us to use them temporarily.

At this point, I do not believe further direct discussion between us will be productive. I have serious concerns regarding the events surrounding the incident and the information that has come to light since your departure. Because of that, I will be allowing our respective legal teams to handle communication moving forward.

If and when there is full honesty and transparency regarding the situation, that may change. Until then, my legal team will continue handling the response to your letter.

Understood...I will inform my attorney that your team will

EXHIBIT
17