Davies

# AUDIT NOTICE

**06/02/2026** DAVIES# 6562755

Hotel Juliette LLC - DBA: Bombshell American Cantina
58 N Side Creek
Buffalo, WY 82834

**CARRIER:** USLI USA (Audit)
**POLICY #:** CP1887889990477
**DATE DUE:** 06/15/2026

Dear Policyholder, Bookkeeper:

Your insurance policy calls for a routine audit of your business as it relates to the insurance coverages purchased. When your policy was issued, the premium was calculated on an estimated basis. Your policy indicates the actual premium basis will be determined at the end of the policy period. The information gathered for the audit will be used by your Insurance Carrier to determine the true premium basis for this policy.
DAVIES has been instructed by: **United States Liability Insurance Group** to complete your audit for the following period: **06/06/2025 to 06/06/2026**. Your professional insurance agent is available to answer your questions regarding your coverage or this request for information.

The insurance company has requested us to complete this report via attached audit forms and over the telephone. Accordingly, we need to obtain information for your audit by date listed above.

To complete the audit, the following items **MUST** be provided:

- Income statement or Profit & Loss statements for Audit Period.
- Monthly sales reports broken out for each location.
- State sales tax returns.

In an effort to keep secure the data needed and to expedite this process, we have established a secure website to submit this confidential material, which is to be used solely for the purpose of determining final premium adjustments for your policy year. You also have the option to report your information by faxing or emailing the forms to your auditor. This information is compiled into a final audit and forwarded to your insurance company and is not released, sold or distributed in any way to a third party.

Web reporting link: Please make sure to enter the website address exactly as shown here: **https://davies.surepalc.insurity.com/**. You will use username of **6562755** and password of **6562755-749699**.

Our auditor is available to walk you through this process and answer any questions or concerns you may have. Their information is listed below. Should you have any concerns regarding this request, please contact your agent.

| | | |
|---|---|---|
| AUDITOR INFORMATION | DAVIES authorized representative: | Phone Audit Scheduler Kaylyn Stone |
| | E-mail of representative: | DRSPhoneAuditGroup@us.davies-group.com |
| | Phone number of representative: | 800-223-2310 press 3 |
| | Fax: | 1-800-890-4575 |

Thank you in advance for your timely cooperation.

***** Please Note: Failure to Comply with this request for an Audit will results in an estimated audit being processed and may jeopardize your insurance coverage with Mount Vernon Fire Insurance Company, United States Liability Insurance Company and U.S. Underwriters Insurance Company.**

EXHIBIT 18

**Insured:** Hotel Juliette LLC - DBA: Bombshell American Cantina

**Policy:** CP1887889990477

**Reference # :** 6562755

**Audit Period:** 06/06/2025 to 06/06/2026

**Return By:** 06/15/2026

Entity Type: ○ Individual ○ Partnership ○ Corporation ○ LLC ○ Other

If "Other", please describe:

Tax ID Number: ☐ Check if Tax ID is Social Security Number - do not provide

**DESCRIBE YOUR BUSINESS OPERATIONS**. Please provide a detailed description of day to day operations below. Please list all business locations, the number of years in business, and any changes in operations during the policy period.

**What Type of Food is Served?**

**What Are the Hours of Operation?**

**Enter Your Seating Capacity, If Seating is Available**

**Do You Provide Table Service (wait staff)?** ○ Yes ○ No

**Do You Serve Alcoholic Beverages?** ○ Yes ○ No

**Do You Have a Dance Floor?** ○ Yes ○ No

**Do You Provide Catering (off premises)?** ○ Yes ○ No

**TOTAL GROSS REVENUE/RECEIPTS FOR AUDIT PERIOD: 06/06/2025 to 06/06/2026**

**GROSS REVENUE/RECEIPTS**: This is the amount charged for all goods of services, sold, distributed, rented or for which dues/fees are collected. You may exclude: Any sales taxes you collect included in the above which are remitted to any government entity after the sale, product returns, separately invoiced freight, any interest charges or late fees which are included in the gross revenue total, or the sale of any physical asset or equipment belonging to the company. **Auditing rules do not allow estimates or rounded figures, please report actual**

| MONTH | FOOD and NON-ALCOHOL SALES | ALCOHOL SALES | CATERING SALES | MISC SALES | OTHER SALES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**ADDITIONAL CREDITS AND RECEIPTS**

Separately Invoiced Freight:
Credit for Returns:
Sales Tax Paid:
Separate Gambling Receipts:

Are the CREDITS/RECEIPTS shown above also included in the Gross Revenue Amounts provided? ○ Yes ○ No

| NAME OF OWNER OR OFFICER | TITLE | % OWNERSHIP | SPECIFIC JOB DUTIES |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**Contact Information**

Audit Contact Name (Printed): Title:

Phone: Email:

Website:

What is the best day and time of day for the auditor to verify this information? ○ 7am-12pm ○ 12pm-4pm ○ 4pm-7pm

Your insurance Broker may request a copy of the Premium Audit Worksheets generated from this audit. Please sign in the space provided below and check the appropriate box either authorizing or declining release of the worksheets.

○ I authorize the release of the Premium Audit Worksheets to my agent.
○ I do not authorize or am not authorized to agree to the release of the Premium Audit Worksheets to my agent.

**Signed:**