# Re: Audit 6562755, Hotel Juliette LLC - DBA: Bombshell American Cantina, USLI Policy No-CP1887889

From: Jennifer Elizondo (jenniferelizondo@yahoo.com)

To: tuckeralger199@gmail.com; lauraw@hmwy.cpa

Cc: paul@lonabaugh.com

Date: Thursday, June 25, 2026 at 12:15 PM EDT

Laura,

I think Tucker meant to respond to you but didn't hit reply all. For your reference, the other partner had a near fatal accident 3 months ago where he was airlifted to Casper and spent more than a week in the ICU and then spent the next 2 months recovering from his injuries. Mr. Alger refused to speak with his partner from the start of the accident and that is why it's in the hands of lawyers now. Again, it is our intention to close this business as we do not want the liability it entails.

I'm adding our attorney, Mr. Graslie, so he is aware.

On Thursday, June 25, 2026 at 10:31:27 AM EDT, Tucker Alger <tuckeralger199@gmail.com> wrote:

Laura. I will reach out this am to bring you up to speed. The other owners have relocated out of state and haven't been involved in operations for more than three months. My legal team is managing everything appropriately and moving forward legally.

Sent from my iPhone

On Jun 24, 2026, at 9:46 AM, Jennifer Elizondo <jenniferelizondo@yahoo.com> wrote:

Hi Laura,

I don't believe Tucker renewed this policy, I called Teagler (who we had a policy with) last week (because I keep getting voicemails for this audit) and they told me they spoke with him on the 6th and he was going to come in and take care of it, but I called late last week to verify if it had been renewed and they said he never came in and asked something about posting, which meant to them he was shopping for insurance. I've not seen any payment come out for insurance, nor is there anything in our business email reflecting a new policy.

At this point, I have no idea if we are even insured. We fully expect this business to close in the near term, the lease is up in December and we are not renewing it. The license (which is in both of the partners names) cannot be renewed without an active lease and we've advised the City of Buffalo and the landlords that Lue will not be renewing it as we have relocated to the East Coast. The license cannot be renewed unilaterally. This is in the hands of our attorney as it is our intention to shut down.

We assume Tucker has gotten new insurance with another carrier, and if so, this audit paperwork is



EXHIBIT 19

unnecessary because it is for the new policy period. However you will need to verify with him as we have no insight to anything he's doing with the business other than watch the bank account for all expenses/deposits and emails to the business.

If you would kindly continue to include both of us on communications, it is greatly appreciated.

Regards,
Jennifer

On Wednesday, June 24, 2026 at 11:18:14 AM EDT, Laura Wuitschick <laura.wuitschick@hmwy.cpa> wrote:

Good morning,

I can pull the P&L for this and send it to you over the portal, but don't have the sales tax information or details for this document.

Laura

---

**From:** DRS Phone Audit Group <DRSPhoneAuditGroup@us.davies-group.com>
**Sent:** Wednesday, June 24, 2026 9:15 AM
**To:** Laura Wuitschick <Laura.Wuitschick@hmwy.cpa>
**Subject:** Audit 6562755, Hotel Juliette LLC - DBA: Bombshell American Cantina, USLI Policy No-CP1887889

Hello,

I am contacting you regarding an audit on your insurance policy with USLI for your business that we sent to you a few weeks ago. We are trying to follow up on the status of this audit as the carrier only provides a short time for the audit to be completed with the final due date set for July 10,2026. Per USLI insurance failure to comply with this audit request by the due date listed here will result in an estimated audit being processed and may jeopardize your insurance coverage with this carrier.

If you have any questions regarding this audit, please feel free to give us a call back at 1-800-223-2310 Option 3 or email us at DRSphoneauditgroup@us.davies-group.com . You may also reach out to your agent for assistance or concerns.

(Please note I am a Phone Audit Coordinator, and your audit will be transferred to an auditor to complete once records are received)

***Kaylyn Stone (PAC)***
***Phone Audit Corrdinator***

**Phone Audit Department**
Risk Services
Insurance & Risk Management
Davies North America
<image338775.png>

P. 800-223.2310 Opt 3
F. 800.890.4575
https://davies-group.com/northamerica

The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.

To review our Privacy Notice, please visit: https://davies-group.com/privacy-notice

Legal disclaimer:
The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information intended only for the recipient(s) identified above. If you are not one of those intended recipients, you are hereby notified that any dissemination, distribution or copying of this e-mail or its attachments is strictly prohibited. If you have received this e-mail in error, please notify the sender of that fact by return e-mail and permanently delete the e-mail and any attachments to it immediately. Please do not retain copy or use this e-mail or its attachments for any purpose, nor disclose all or any part of its contents to any other person.

Any statements made, or intentions expressed in this communication may not necessarily reflect the view of the Company. Be advised that no content herein may be held binding upon the Company or any associated Company unless confirmed by the issuance of a formal contractual document. The Company may monitor the content of emails sent and received via its network for viruses or unauthorised use and for other lawful business purposes.

The sender of this email is a member of the Davies Group of companies, the parent of which is Davies Group Limited (registered in the UK Company Number 6479822).

<image338775.png>