Let me visit with my partners and see if we can do a separate engagement with you and Luis to do a review of the books and tax return or something along those lines. Since Tucker has to allow you continued access to bank accounts and QB, then you can have him continue our access as well.

Without both of the partners agreeing, we can't continue to enter and maintain the books, or do the tax return. The tax return is something that you can negotiate in your final settlement with Tucker.

Is this something you want me to pursue?

Laura

---

**From:** Jennifer Elizondo <jenniferelizondo@yahoo.com>
**Sent:** Wednesday, July 29, 2026 9:09 AM
**To:** Laura Wuitschick <Laura.Wuitschick@hmwy.cpa>
**Subject:** Re: HM Agreement

Hi Laura,

I would rather retain your services. Is there anything Luis can do to have your firm finish up for the year for us and file our taxes? Also, I looked in the portal but don't see anything to download, are you referring to the Quickbooks? Thank you for everything thus far.

Jennifer

On Wednesday, July 29, 2026 at 10:59:18 AM EDT, Laura Wuitschick <laura.wuitschick@hmwy.cpa> wrote:

Good morning,

The current agreement for HM services ends July 31st, with a final billing on August 1st. Due to the disagreement amongst the partners about retaining our firm, we will stop services as of July 31st. The bank has been entered and reconciled through June. Documents will be available on the portal until the end of August, so if you have not downloaded copies of anything you need, please do so soon.

It has been a pleasure working with all of you.

Laura

---

**From:** Tucker Alger <tuckeralger199@gmail.com>
**Sent:** Wednesday, July 15, 2026 8:59 AM
**To:** Jennifer Elizondo <jenniferelizondo@yahoo.com>
**Cc:** Laura Wuitschick <Laura.Wuitschick@hmwy.cpa>; Luis Elizondo <gatoamarillo48@gmail.com>; Paul Graslie <Paul@lonabaugh.com>
**Subject:** Re: HM Agreement

Laura,
First, I want to apologize that you've been put in the middle of this situation. We sincerely

EXHIBIT 20

appreciate everything you've done for the business, and I hate that you've been brought into this dispute. I also feel it's important to provide some clarification so that everyone has an accurate understanding of the facts.
I'm not sure where the assertion that there has been "no communication" is coming from. Lue and I agreed that business operations would be documented in our operations book. (I have continued doing so) He also informed both me and our staff that Jennifer was no longer involved with the company or its day-to-day operations.
Although Jennifer did assist with communications for a short period immediately following Lue's accident.

I have retained all text message communications between Lue and me, complete with timestamps, and those records have been provided to my legal team. My attorney was out of office for approximately two weeks, which temporarily paused progress, but that should not be interpreted as a lack of communication or cooperation.
Throughout this process, I have continued operating the business and maintaining our obligations. The other party has maintained access to the necessary passwords, financial records, and banking information throughout this process. Following the incident, Lue and Jennifer relocated and have not participated in the day-to-day operations of the business. There have been opportunities to remain involved in the business had that been their desire.
There is also security camera footage from the day and evening of the incident should it become necessary to review the events of that day.
I also want to clarify that my legal team has been actively working on this matter. While I understand everyone wants a resolution.

We also have ongoing obligations to our employees, many of whom rely on this business to support themselves and their families. I take those responsibilities seriously and am doing everything I can to navigate this process responsibly. These are not decisions we can make lightly or simply walk away from.
Additionally, we remain bound by our contractual obligations through December. I cannot simply walk away from those obligations, and we intend to continue honoring our responsibilities while this matter proceeds through the appropriate legal process.
Laura, we sincerely appreciate the time and effort you've invested in helping the business. We will continue utilizing your services through the month of August, and we want to thank you for all of your hard work and support.
Once all documentation and communications have been fully produced and reviewed, I believe there will be a more complete understanding of the circumstances surrounding this matter. I respectfully disagree with the repeated assertion that we have not been responding, as the record reflects otherwise.
For the sake of maintaining a complete and transparent record, my legal team will also receive copies of this on this email.
Thank you,
Tucker M. Alger

Sent from my iPhone

On Jul 14, 2026, at 1:49 PM, Jennifer Elizondo <jenniferelizondo@yahoo.com> wrote: