**ANB Bank.** CHECKING WITHDRAWAL

BEAR GRAPHICS, INC

CHECKING WITHDRAWAL

DATE 7/30/26

NAME Bombshells Cantara

SIGNATURE

AMOUNT ______ DOLLARS

| ACCOUNT NUMBER | TRAN CODE | AMOUNT OF WITHDRAWAL |
|---|---|---|
| 2400061535 | 150 | $ 4405.79 |

1421 For Insurance Audit payment!

⑆4444⑈1421⑆ 2400061535⑈ 150

027967518

>107001232<
ANB Bank #027
2026-07-30
0027967518
Batch 333253905

ChkXfr $4405.79
07/30/2026 10:09:53 AM
0027 2701 2701 #7
#2400061535
#4400036028

EXHIBIT 21