# RE: New Bombshells Savings Account

From: steve.reimann@anbbank.com
To: jenniferelizondo@yahoo.com
Cc: gatoamarillo48@gmail.com
Date: Friday, July 31, 2026 at 12:00 PM EDT

Jennifer,

I saw that Tucker was in but didn't speak to him and didn't know until this morning what he was doing. I also don't know what the reason was and wasn't aware the relationship has declined. I don't want to get in the middle of what is going on, so please ask Tucker what was in the works.

Thank you,

***Steve Reimann***
Community Bank President
99 South Main Street | P.O. Box 950 | Buffalo, WY. 82834
Office: 307-684-2493 | Cell: 307-217-0119 | Ext. 12719 | Fax: 307 684-2511 | NMLS#1119931
Stephen.Reimann@ANBbank.com

www.anbbank.com

EXHIBIT 22

**Your Mortgage. Kept Local. Built Around You.** From business owners to retirees, we offer flexible mortgage solutions backed by real local relationships. Because we underwrite, fund, and service our loans locally, your loan is never sold. This ensures a consistent experience, responsive communication, and support from a team that understands you and your community.

Visit with us today!

Loans subject to credit approval and underwriting. Other terms and conditions may apply. See us for current rates and terms. Property insurance is required.

Member FDIC

NMLS 457261

NOTICE: All incoming and outgoing communications may be monitored for quality assurance and security purposes.

This email and any attachments may contain confidential and/or privileged information. If you are not the intended recipient (or have received this email in error) please notify the sender immediately and destroy and delete all copies of this email and any attachments. Any unauthorized copying, disclosure, distribution or use of the material in this email and any attachments is strictly forbidden.

Opinions, conclusions, and other information in this email and any attachments that do not relate to the official business of my firm are neither given nor endorsed by it.

---

**From:** Jennifer Elizondo <jenniferelizondo@yahoo.com>
**Sent:** Friday, July 31, 2026 9:53 AM

**To:** Stephen Reimann <steve.reimann@anbbank.com>
**Cc:** gatoamarillo48@gmail.com
**Subject:** Re: New Bombshells Savings Account

Hi Steve,

We appreciate that. Can you elaborate on how this happened or why he said he needed a new account? I'm not sure you are aware but we are actively legally trying to close the bar as it pertains to Luis. We have an attorney in Sheridan and will be hiring a larger firm to handle this. Tucker is using Chris wages for his legal council.

The situation is untenable just so you, as our banking institution, is aware, Luis is not authorizing any additional accounts and we will be seeking a full audit of expenditures coming from Tucker. We believe many of those charges are not for the business.

If you have any questions please just give us a call. I'm sure Tucker will be unhappy with this closure but we wanted you to aware of the situation.

Thanks much,

Jennifer.

Sent from my iPhone

On Jul 31, 2026, at 11:47 AM, steve.reimann@anbbank.com wrote:

Good morning, Jennifer,

I have reviewed this with the team this morning and we agree that account is not authorized by the entity's operating agreement. As a result, we are closing the account and reverting the funds to the source.

Thank you,

***Steve Reimann***

Community Bank President

99 South Main Street | P.O. Box 950 | Buffalo, WY. 82834

Office: 307-684-2493 | Cell: 307-217-0119 | Ext. 12719 | Fax: 307 684-2511 | NMLS#1119931

Stephen.Reimann@ANBbank.com

<ANBBanklogocolorwhiteoutlines(RESIZED)_68fae1c4-c4ba-44d2-881f-6c2957634451.png>

www.anbbank.com

**Your Mortgage. Kept Local. Built Around You.** From business owners to retirees, we offer flexible mortgage solutions backed by real local relationships. Because we underwrite, fund, and service our loans locally, your loan is never sold. This ensures a consistent experience, responsive communication, and support from a team that understands you and your community.

Visit with us today!

Loans subject to credit approval and underwriting. Other terms and conditions may apply. See us for current rates and terms. Property insurance is required.

Member FDIC

NMLS 457261

<ehllogo26x26_4750a733-7d9f-481e-b75e-73de67a2b653.jpg>

NOTICE: All incoming and outgoing communications may be monitored for quality assurance and security purposes.

This email and any attachments may contain confidential and/or privileged information. If you are not the intended recipient (or have received this email in error) please notify the sender immediately and destroy and delete all copies of this email and any attachments. Any unauthorized copying, disclosure, distribution or use of the material in this email and any attachments is strictly forbidden.

Opinions, conclusions, and other information in this email and any attachments that do not relate to the official business of my firm are neither given nor endorsed by it.

---

**From:** Jennifer Elizondo <jenniferelizondo@yahoo.com>
**Sent:** Friday, July 31, 2026 6:54 AM
**To:** Stephen Reimann <steve.reimann@anbbank.com>
**Cc:** Luis Elizondo <gatoamarillo48@gmail.com>
**Subject:** New Bombshells Savings Account

Hi Steve,

Hope this email finds you well. Lue and I are back east, but I check the Bombshell's account daily. I see someone opened a new Savings account under Hotel Juliette LLC, I am guessing Tucker and/or Hailey. I thought that to open another account with a joint LLC you need both people to sign for a new account. Nothing was presented to Lue about this and he didn't authorize a new bank account. Can you please advise what the situation is with this account because Luis does not approve a new account here. He can give you a call, but I think last time we set up a savings, they both had to sign for it. Also, this presents issues for our bookkeeper who is not on this account.

Thanks,

Jennifer

ANBBanklogocolorwhiteoutlines(RESIZED)_68fae1c4-c4ba-44d2-881f-6c2957634451.png
6.1 kB