**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **LUIS ELIZONDO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 1:26-cv-00263-SWS** |
| | ) | |
| **TUCKER ALGER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT TUCKER ALGER'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Tucker Alger ("Defendant"), through undersigned counsel, moves to dismiss Plaintiff Luis Elizondo's Complaint under Federal Rules of Civil Procedure 12(b)(6), 12(b)(7), and 19.

The Complaint seeks judicial dissolution of Hotel Juliette LLC, an accounting of its assets and transactions, repayment of an alleged loan from its assets, and declarations governing its contractual rights and obligations. Yet Hotel Juliette LLC is not named as a party in the caption. Although the Complaint refers to the LLC as a "nominal Defendant," the only named Defendant is Tucker Alger.

The requested relief cannot be granted without adjudicating the LLC's rights, property, debts, contracts, and continued existence. Hotel Juliette LLC therefore is a required party under Rule 19. If the LLC cannot be joined, the claims affecting it should be dismissed under Rules 12(b)(7) and 19.

The Complaint also fails to state claims against Defendant personally. Plaintiff alleges that the $130,000 loan was made to Hotel Juliette LLC, the Operating

Agreement requires the LLC to repay member loans, and the organizational minutes identify the LLC as the borrower. The Complaint does not allege that Defendant personally guaranteed that company debt or plead facts permitting the LLC's debt to be imposed upon Defendant.

The breach-of-fiduciary-duty claim likewise fails to plead an actual or threatened injury to Plaintiff distinct from an injury to the LLC, while the declaratory-judgment claim seeks declarations concerning the rights and obligations of an absent entity. The grounds for dismissal are set forth more fully in the accompanying memorandum.

Defendant respectfully requests that the Court:

1. Dismiss the judicial-dissolution, accounting, loan-repayment, and declaratory-relief claims under Rules 12(b)(7) and 19 unless Hotel Juliette LLC is joined;
2. If joinder is not feasible, dismiss those claims without prejudice;
3. Dismiss under Rule 12(b)(6) all claims seeking to impose personal liability upon Defendant for the alleged $130,000 debt of Hotel Juliette LLC;
4. Dismiss the breach-of-fiduciary-duty and declaratory-judgment claims under Rule 12(b)(6); and
5. Grant such other relief as the Court deems just and proper.

**DATED** this 5th day of October, 2026.

/s/ *Seth Shumaker*

______________________________

Seth Shumaker WSB 6-3818
2 N. Main, Ste. 103
Sheridan, WY 82801
307 675-1233
sheridanwyolaw@gmail.com
Attorney for Defendant

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing document was sent via the Court's ECF system to the Plaintiff's counsel, this 5th day of October, 2026.

/s/ *Seth Shumaker*

Seth Shumaker