Bradley L. Booke #5-1676
LAW OFFICE OF BRADLEY L. BOOKE
P.O. Box 3262
Jackson, Wyoming 83001
Phone: 702-241-1631
Fax: 866-297-4863
brad.booke@lawbooke.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF WYOMING**

| | | |
|---|---|---|
| LUIS ELIZONDO,<br><br>Plaintiff,<br><br>-vs-<br><br>TUCKER ALGER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE NO. 1:26-cv-00263**<br><br>**NOTICE OF CHANGE OF ADDRESS** |

Please take notice that, effective October 9, 2026, the new mailing address for U.S. Mail for Bradley L. Booke, LAW OFFICE OF BRADLEY L. BOOKE, is:

P.O. Box 3262
Jackson, Wyoming 83001

Email address and telephone numbers are unchanged.

Dated this 9th day of October, 2026.

Bradley L. Booke

Bradley L. Booke
LAW OFFICE OF BRADLEY L. BOOKE
P.O. Box 3262
Jackson, Wyoming 83001
702-241-1631 (Telephone)
866-297-4863 (Facsimile)
brad.booke@lawbooke.com

Attorney for Plaintiff

CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing pleading to all counsel of record this 9th day of October 2026.

/s/ Bradley L. Booke