Bradley L. Booke #5-1676
LAW OFFICEE OF BRADLEY L. BOOKE
Box 3262
Jackson, Wyoming 83001
702-241-1631
866-297-4863 Fax
brad.booke@lawbooke.com
Attorney for Luis Elizondo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF WYOMING**

| | | |
|---|---|---|
| LUIS ELIZONDO, | ) | |
| | ) | Case No. 1:26-cv-00263-SWS |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | STIPULATION TO STAY PROCEEDINGS |
| | ) | |
| TUCKER ALGER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties, through counsel, subject to the Court's approval, stipulate and agree to stay all proceedings herein for a period of sixty (60) days for purposes of entering negotiations to resolve this dispute without further litigation. Not later than December 15, 2026, the parties will submit a status report concerning further proceedings.

Dated this 15th day of October 2026.

/s/ Bradley L. Booke
Bradley L. Booke #5-1676
LAW OFFICE OF BRADLEY L. BOOKE
Box 3262
Jackson, Wyoming 83001
702-241-1631
866-297-4863 Fax
brad.booke@lawbooke.com
Attorney for Luis Elizondo

/s/ Seth Shumaker
Seth Shumaker WSB 6-3818
2 N. Main, Ste. 103
Sheridan, WY 82801
307 675-1233
sheridanwyolaw@gmail.com
Attorney for Defendant