**UNITED STATES DISTRICT COURT**

**DISTRICT OF WYOMING**

| | | |
|---|---|---|
| LUIS ELIZONDO,<br><br>Plaintiff,<br><br>-vs-<br><br><br><br>TUCKER ALGER,<br><br>Defendant. | ) | Case No. 1:26-cv-00263-SWS<br><br><br>[PROPOSED] ORDER<br>TO STAY PROCEEDINGS |

The parties having stipulated to stay all proceedings in this matter for a period of sixty (60) days for purposes of entering negotiations to resolve their dispute without further litigation, and good cause appearing,

IT IS HEREBY ORDERED staying all proceedings in this action for a period of sixty (60) days from the date of this order.

IT IS FURTHER ORDERED that the parties shall submit a report to the court, on or before December 15, 2026, is submitted herewith, concerning the status of this action.

Dated this ___ day of ____________________, 2026

______________________________
UNITED STATES DISTRICT JUDGE/
UNITED STATES MAGISTRATE JUDGE