FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2026 OCT 19 AM 10: 15
MARGARET BOTKINS, CLERK
CASPER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF WYOMING**

LUIS ELIZONDO,

Plaintiff,

v.

TUCKER ALGER,

Defendant.

Case No. 26-CV-263-SWS

## ORDER TO STAY PROCEEDINGS

The parties having stipulated to stay all proceedings in this matter for a period of sixty (60) days for purposes of entering negotiations to resolve their dispute without further litigation, and good cause appearing,

**IT IS HEREBY ORDERED** staying all proceedings in this action for a period of sixty (60) days from the date of this order.

**IT IS FURTHER ORDERED** that the parties shall submit a report to the court, on or before December 15, 2026, is submitted herewith, concerning the status of this action.

**ORDERED:** October 17th, 2026.

Scott W. Skavdahl
United States District Judge